# United States District Court
## Violation Notice

**CS-6**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7271228 | GONZALES, M. | 2986 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged: ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 01/01/2020 | 18 USC, SECTION 13 |

**Place of Offense:** BLDG 772, BOWLING ALLEY

**Offense Description: Factual Basis for Charge** — HAZMAT ☐

CPC 272(a)
CONTRIBUTING TO THE DELINQUENCY OF A MINOR

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| CARTER | DMITRY | A |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 333 W. BROADWAY, SAN DIEGO, CA 92101

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on JANUARY 01, 20 20 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA

WAS DISPATCHED TO A POSSIBLE INTOXICATED PERSON. I MADE CONTACT AND WE OBSERVED HE HAD BEEN UNDER THE INFLUENCE. AFTER FURTHER INVESTIGATION IT WAS DEEMED THAT THE SUSPECT HAD BEEN CONTRIBUTING TO A JUVENILE AS SEEN BY VIDEO, PROVIDED BY THE BOWLING CENTER'S OPERATION MANAGER. CARTER, DMITRY WAS CITED FOR CPC 272(a)

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/01/2020    [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle.
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident